# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ANTONIO T. TAYLOR**
**HOSPITALMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201500092**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 20 November 2014.
**Military Judge:** CAPT Charles N. Purnell II, JAGC, USN.
**Convening Authority:** Commander, Naval Medical Center, Portsmouth, VA.
**Staff Judge Advocate's Recommendation:** LCDR R.P Anselm, JAGC, USN.
**For Appellant:** LCDR Dillon J. Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**11 June 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court